# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| ANGELIA J. SISLER, | : | Case No. 3:13-cv-239 |
| Plaintiff, | : | Judge Timothy S. Black |
| vs. | : | |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| Defendant. | : | |

**ORDER THAT: (1) THIS MATTER IS REMANDED TO THE ALJ UNDER THE FOURTH SENTENCE OF 42 U.S.C. § 405(g); AND (2) THIS CASE IS CLOSED**

This civil action is before the Court on the parties' joint motion for remand. (Doc. 13). The parties request the Court to order remand of this case for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g) and to enter judgment pursuant to Fed. R. Civ. P. 58. Accordingly, the parties' joint request for remand (Doc. 13) is **GRANTED**, and the Clerk shall enter judgment accordingly.

On remand, the Appeals Council will vacate the Administrative Law Judge's decision, and the Commissioner will conduct further proceedings and develop the administrative record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act.

**IT IS SO ORDERED**.

Date: 2/26/2014

*/s/ Timothy S. Black*
Timothy S. Black
United States District Judge