# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**ANGELIA J. SISLER,**            **CASE NO.**    **3:13-cv-239**

    Plaintiff,                     **Judge Timothy S. Black**

   **-vs-**

**COMMISSIONER OF
SOCIAL SECURITY,**

   Defendant.

_____

## JUDGMENT IN A CIVIL CASE
_____

   **[ ]**   **Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

   **[X]**   **Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

   **IT IS ORDERED AND ADJUDGED** that the parties' joint Motion to Remand (Doc. 13) is **GRANTED**, and the case is **REMANDED** to the ALJ under the Fourth Sentence of 42 U.S.C. § 405(g); and this case is **CLOSED** from the docket of the Court.

Date: February 26, 2014                        **JOHN P. HEHMAN, CLERK**

                                                      By: *s/ M. Rogers*
                                                      Deputy Clerk